UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No.: 1:16-po-00047 |
| Plaintiffs, | : | Bowman, M.J. |
| v. | : | **ORDER** |
| ROBERT L. MILLER, | : | |
| Defendants. | : | |

This matter is before the Court on motion of Defendant for Admission of Attorney Jonathan G. Hart *Pro Hac Vice* (doc. 5).

IT IS HEREBY ORDERED THAT this Motion is GRANTED and Jonathan G. Hart is hereby admitted to practice *pro hac vice* as counsel for Defendant pursuant to S. D. Ohio Civ. R. 83.3(e).

This order is conditioned upon the applicant's registration and participation in the Court's electronic filing system. See: www.ohsd.uscourts.gov.

SO ORDERED.

s/Stephanie K. Bowman
Stephanie K. Bowman
United States Magistrate Judge